IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-203-RJC-DCK

| | |
|---|---|
| ZEENATH ABPLANALP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED COLLECTION BUREAU, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 17) filed by D. Kyle Deak, concerning Ethan G. Ostroff on November 20, 2015. Mr. Ethan G. Ostroff seeks to appear as counsel *pro hac vice* for Defendant United Collection Bureau, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 17) is **GRANTED.** Mr. Ethan G. Ostroff is hereby admitted *pro hac vice* to represent Defendant United Collection Bureau, Inc.

**SO ORDERED**.

Signed: November 20, 2015

David C. Keesler
United States Magistrate Judge